IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:08CR36

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | O R D E R |
| ) | |
| ) | |
| DANIELLE VICTORIA BIGWITCH ) | |
| DWAYNE MITCHELL LITTLEJOHN ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the sentencing hearings for the captioned Defendants currently set for Wednesday, July 22, 2009.

On July 6, 2009, the Government through the Probation Officer filed a supplement to each Defendant's presentence report entitled, "Net Present Values of Lost Future Earnings and Per Capita Distributions," for the purpose of addressing the issue of restitution to the estate of the deceased victim herein, Dennis Ervin Jackson. Because the Defendants will not have been afforded an adequate opportunity to address the issues presented in the supplement before the scheduled July 22 hearing date,

the Court finds the hearings should be continued. Additionally, objections by Defendant Daniel Reed to the presentence report and supplement are not due until July 24, 2009. The Court also finds that in the interest of judicial economy and the fact that the restitution issue will be the same for each Defendant, the Clerk will be directed to schedule these Defendants together for sentencing on the next Bryson City sentencing calendar currently set for August 13, 2009.

**IT IS, THEREFORE, ORDERED** that the sentencings for Danielle Victoria Bigwitch and Dwayne Mitchell Littlejohn are hereby **CONTINUED** from the July 22, 2009, sentencing calendar.

**IT IS FURTHER ORDERED** that the captioned Defendants have to and including July 24, 2009, in which to file objections to the Supplement to the presentence report filed July 6, 2009.

The Clerk is directed to schedule the sentencing hearings for the captioned Defendants along with Defendant Daniel Reed for **9:30 AM, THURSDAY, AUGUST 13, 2009,** at the United States Courthouse **IN BRYSON CITY, NORTH CAROLINA.**

3

Signed: July 10, 2009

*[signature]*

Lacy H. Thornburg
United States District Judge