# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:08cr36

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **DANIEL LEE REED.** | ) | |

**THIS MATTER** is before the Court on the Motion to Withdraw as Counsel of Record and for Appointment of Appellate Counsel [Doc. 84] and the Motion to Seal Document [Doc. 88], filed by the Defendant's counsel.

Attorneys Rich Cassady and Kris V. Williams move to withdraw as counsel of record for the Defendant and further move for the appointment of counsel for the Defendant on appeal. Based upon the Defendant's Affidavit of Indigency [Doc. 84-1] submitted in support of said Motion, the Court determines that the Defendant is indigent and that he should be appointed appellate counsel. The Court further determines that due to his

indigency, the Defendant should be allowed to prosecute his appeal without the prepayment of either fees or costs.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Motion to Withdraw as Counsel of Record [Doc. 84] is **ALLOWED**, and attorneys Rich Cassady and Kris V. Williams are hereby relieved of any further representation of the Defendant in this matter.

**IT IS FURTHER ORDERED** that the Defendant Daniel Lee Reed shall be allowed to prosecute his appeal without the prepayment of either fees or costs. The appointment of appellate counsel is respectfully referred to the Fourth Circuit Court of Appeals.

**IT IS FURTHER ORDERED** that the Motion to Seal Document [Doc. 88] is **ALLOWED**, and the Affidavit of Indigency [Doc. 84-1] submitted in support of counsel's Motion to Withdraw shall be sealed until further Order of this Court.

**IT IS SO ORDERED**.

Signed: January 4, 2010

Martin Reidinger
United States District Judge

2